Robert Hester, Appellee, v. Mid Central Motors, Inc., and South Side Bank and Trust Company, Defendants. On Appeal of South Side Bank and Trust Company, Appellant.

Gen. No. 46,158.

Jules R. Green, for appellant; George J. Anos, of counsel; William A. Booker, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed November 10, 1953; released for publication December 1, 1953.